[No. 46079-0-I. Division One. February 26, 2001.]

NORTHLAND DEVELOPMENT INC., ET AL., *Appellants*, v. SNOHOMISH COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-2-00860-4, Susan K. Cook, J., entered February 3, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Webster, JJ.

[No. 46123-1-I. Division One. February 26, 2001.]

KELLY YOKOYAMA, *Respondent*, v. PETER ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-29406-0, Jim Bates, J., entered February 3, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46174-5-I. Division One. February 26, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. DEMETRIUS DUNCAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08665-8, Patricia H. Clark, J., entered February 22, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46548-1-I. Division One. February 26, 2001.]

BRENDA V. EASON, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, 98-2-28776-4, Glenna Hall, J., entered April 14, 2000. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.